# Court of Appeals
# of the State of Georgia

ATLANTA, June 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0118.  CROP PRODUCTION SERVICES, INC. v. HENDRIX et al.**

Following a thorough review of the applicable law and record in this case, we have determined that the application for interlocutory review was improvidently granted.  The order granting the application is therefore vacated, and this appeal is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/13/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*